

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Richard Alan Haase v. Countrywide Home Loans, Inc., et.al.

Appellate case number:   01-20-00854-CV

Trial court case number:  07-DCV-161177

Trial court:             400th District Court of Fort Bend County

     We withdraw our order of August 6, 2021.  Appellant's August 5, 2021 motion to extend time to file his appellate brief is **granted**.  Appellant's brief is due September 20, 2021.

     It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                Acting individually


Date:  August 20, 2021